FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

**COMPLAINT**

*Billy Kindrex Jr.*

```
┌─────────────────────────────────┐
│ SOUTHERN DISTRICT OF MISSISSIPPI │
│           FILED                  │
│  ┌───────────────────────────┐   │
│  │        FEB 17 2006         │   │
│  └───────────────────────────┘   │
│         J.T. NOBLIN, CLERK       │
│  BY_____ DEPUTY       │
└─────────────────────────────────┘
```

(Enter above the full name of the plaintiff or plaintiffs and prisoner
number of each plaintiff in this action)

V.

CIVIL ACTION NUMBER: *3:06cv 1001HTW-JCS*

(to be completed by the Court)

*Ronnie Pennington*
*Eddie Thompson*
*Ronnie Andrews*
*Eddie Rhodes*

(Enter above the full name of the defendant or defendants in this action)

## OTHER LAWSUITS FILED BY PLAINTIFF

| NOTICE AND WARNING: |
|---|
| The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed. |

A.  Have you ever filed any other lawsuits in a court of the United States?    Yes ( X )  No (  )

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1.  Parties to the action: *I filed a suit against Renkin County Sheriffs' Dept. officer James Redd for assualt a gianst me with a crutch. I had broken leg at time.*

2.  Court (if federal court, name the district; if state court, name the county): *Southern District of Mississippi, Hinds County*

3.  Docket Number: *Cant Remember*

4.  Name of judge to whom case was assigned: *Cant Remember.*

5.  Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): *I dropped Law suit. The Rankin County Jail administration covered it up to good and I didn't have witnesses that would testify. Rankin Co. is very good at threats 1 of more time when people go against them. These are True allegations.*

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.  Do the same for additional plaintiff, if any).

I. Name of plaintiff: _Billy Kindrex Jr._  Prisoner Number: _____

    Address: _221 North Timber St. Brandon, Ms. 39042_

_____

_____

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: _Sheriff Ronnie Pennington_ _____ is employed

as

_Sheriff_ _____ at _Rankin_

_County Sheriff's Office._

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s).  Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF(S):

NAME: _Billy Kindrex Jr._  ADDRESS: _221 N. Timber St., Brandon Ms 39042_

_____  _____

_____  _____

DEFENDANT(S):

NAME: _Ronnie Pennington_  ADDRESS: _221 N. Timber St., Brandon Ms, 39042_

_Eddie Rhodes_  _221 N. Timber St. Brandon, Ms. 39042_

_Eddie Thompson_  _221 N. Timber St. Brandon Ms. 39042_

_Ronnie Andrews_  _221 N. Timber St. Brandon, Ms. 39042_

_Bobby Smith_  _221 N. Timber St. Brandon Ms. 39042_

_Brian Bailey_  _221 N. Timber St. Brandon, Ms. 39042_

<u>ATTACHMENT TO FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>

A.  At the time of the incident complained of in this complaint, were you incarcerated because
you had been convicted of a crime?

Yes __✗__    No __✗__ *BKJ*

B.  If your answer to A. is yes, describe the conviction in the spaces below.

1.  Name and location of court which entered the judgment of conviction

_Quitman County Circuit Court_

2.  Date of judgment of conviction and the sentence received

_3 years for Probation Violation_

3.  Date of the sentence

_6-20-2003_

C.    Are you presently incarcerated for a parole or probation violation?

Yes _____    No __✗__

D.    If your answer to C. is yes, describe the parole or probation in the spaces below.

1.  Date of your parole or probation

_N/A_

2.  Date of your arrest for parole or probation violation

_N/A_

_Billy Kindrex Jr._
SIGNATURE OF PLAINTIFF

3

## ADMINISTRATIVE REMEDIES PROGRAM

A.    At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (    )    No ( X )

B.    Are you presently incarcerated for a parole or probation violation?

Yes (    )    No ( X )

C.    Did you present the facts relating to your complaint in the administrative or grievance procedure in your institution?

Yes ( X )    No (    )

1.    If you answer to C is yes,

    a.    State the date your claims were presented: _April 19, 2005 upon being Indicted_

    b.    State how your claims were presented. (Written request, verbal request, request for forms)

    _Written and Verbal and Motion to show Cause_

    c.    State the result of that procedure. **(You must attach a copy of the final result, such as a certificate from the administrator of the Administrative Remedies Program stating that you have exhausted your administrative remedies.)**

    _My Right to Due Process and a Fast and Speedy trial are still being violated._

2.    If you have not filed a grievance, state the reasons: _There is no proper form of grievance at Rankin County Jail, you have to write Captain Eddie Thompson the Jail administrator as to a grievance request and Capt. Thompson hears the complaint. Capt. Thompson is a Defendant being filed against as well as His Commanders in charge._

4

## STATEMENT OF CLAIM

III.    State here as briefly as possible the facts of your case.  Describe how each defendant is involved.  Also, include the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need;  attach extra sheet if necessary.)

My Constitutional Right to Due Process + Equal Protection of the Law, and My Right to a Speedy Trial. I was charged with Grand Larceny on April 23rd, 2003. Indicted on December, 2003. Not Notified or served Indictement until April 19, 2005 and still not sentenced as of today Feb 13, 2006. Under the 2 year state Prosecutions law of the State of Mississippi My Case should've been dissmissed. My Constitutional Rights have been Violated and are still being violated by me being incarcerated in the Rankin County Jail.    **RELIEF**

IV.    State what relief you seek from the court.  Make no legal arguments.  Cite no cases or statutes.

I am asking this Honorable Court to order the Rankin County District Court to Dismiss my Case, and That the Rankin County Sheriffs' Dept. be ordered to pay me $1,100.00 As work I've missed and pain and suffering of being illegally incarcerated away from my Family.

Signed this _13_ day of _Febuary_ 20 **06** 2006.

Billy Kindrex Jr.

Billy Kindrex Jr.

_____
Signature of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

_2 - 13 - 06_
(Date)

Billy Kindrex Jr.

_____
Signature of plaintiff

5